JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN K. HABIB, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC; EUROPA AUTO IMPORTS INC., a California limited liability company, dba MERCEDES-BENZ OF SAN DIEGO; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-06506-RGK (Sk)<br><br>[PROPOSED] ORDER ON STIPULATION TO REMAND CASE TO STATE COURT [12]<br><br>Judge: Hon. R. Gary Klausner |

Per the stipulation of the Parties, the case is ordered remanded to the Superior Court of the State of California for the County of Los Angeles.

IT IS SO ORDERED.

Dated: 9/1/2023

*/s/ Gary Klausner*

Hon. R. Gary Klausner
United States District Judge
Central District of California

cc: Superior Court, County of Los Angeles, 23STCV17601

1

**ORDER ON STIPULATION TO REMAND CASE TO STATE COURT**